950 A.2d 263

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Adam REED, Respondent.**

Supreme Court of Pennsylvania.

May 16, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the petitioner, is:

Did the Superior Court err by ordering the reinstatement of defendant's appellate rights *nunc pro tunc* where his right to appeal was not denied and where he failed to establish that he sustained any prejudice as a result of counsel's actions?